■ VALERIE TAYLOR-GOVE et al., Respondents, v ST. JOSEPH'S HOSPITAL HEALTH CENTER et al., Appellants. (Appeal No. 2.) [665 NYS2d 600] —Appeals unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeals from Order of Supreme Court, Onondaga County, Tormey, III, J.—Set Aside Verdict.) Present— Pine, J. P., Hayes, Wisner, Callahan and Doerr, JJ.

■ In the Matter of NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY et al., Respondents. NANETTE L. WATERMAN, Appellant. [665 NYS2d 600] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mahoney, J. (Appeal from Order of Supreme Court, Erie County, Mahoney, J.—Arbitration.) Present—Pine, J. P., Hayes, Wisner, Callahan and Doerr, JJ.